JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

SANG MINH LE,

          Petitioner,

          v.

MARK BOWEN, Warden Adelanto ICE Processing Center, et al.,

          Respondents.

) Case No. 5:26-cv-02327-MRA (DTB)
)
)
) **J U D G M E N T**
)
)
)
)
)
)
)
)
)
)
)

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that Immigration and Customs Enforcement's ("ICE") revocation of Petitioner's Order of Supervision and subsequent re-detention violated the Due Process Clause of the Fifth Amendment and federal law. Respondents are ordered to immediate release Petitioner, Sang Ming Le (A 23-833-570), from custody and reinstate his previous conditions of supervision, and return all of his property confiscated from him during his arrest and processing into detention. Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them are enjoined from: (i) Re-

1

detaining Petitioner without notice and an individualized pre-detention hearing before a neutral arbiter at which it is determined that detention is lawful and warranted under the applicable statutes and regulations either because Petitioner has violated a term of his Order of Supervision or because his removal from the United States is significantly likely in the reasonably foreseeable future, including that Respondents have procured travel documents for Petitioner and that such documents are in the possession of ICE; and (ii) removing Petitioner to any country without appropriate notice and an opportunity to be heard in accordance with any applicable ICE regulations, including the opportunity to assert a torture-based or fear-based objection.

DATED: June 3, 2026_____

_____
HON. MONICA RAMIREZ ALMADANI
UNITED STATES DISTRICT JUDGE

2